UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JESSICA KARIM, :
*on behalf of herself and all others similarly* :
*situated*, :
: 24-CV-2620 (VSB)
Plaintiff, :
: **ORDER**
-against- :
:
DOWNEAST OUTFITTERS, INC., :
:
Defendant. :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On June 4, 2024, I granted Defendant's request for a 30-day extension of time to answer, move, or otherwise respond to the complaint. (Doc. 8.) On June 20, 2024, I granted Defendant's second request for a 14-day extension of time to answer, move, or otherwise respond to the complaint. (Doc. 10.) In light of Defendant's extension requests, Defendant's responsive pleading was due on July 3, 2024. To date, Defendant has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than Tuesday, July 23, 2024. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 9, 2024
             New York, New York

                                                              _____
                                                               VERNON S. BRODERICK
                                                               United States District Judge