UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JESSICA KARIM,                                              :
*on behalf of herself and all others similarly*             :
*situated*,                                                 :
                                                            :    24-CV-2620 (VSB)
                                          Plaintiff,        :
                                                            :    **ORDER**
                   -against-                                :
                                                            :
DOWNEAST OUTFITTERS, INC.,                                  :
                                                            :
                                          Defendant.        :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that the parties in this case have reached a settlement agreement.  Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated:   July 11, 2024
         New York, New York

                                                                                           _____
                                                                                          VERNON S. BRODERICK
                                                                                          United States District Judge